# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**997**

**CA 13-00108**

PRESENT: CENTRA, J.P., PERADOTTO, CARNI, AND LINDLEY, JJ.

---

TOWN OF THROOP, PLAINTIFF-APPELLANT,

V                                                          ORDER

CHRISTINE CORDWAY, DEFENDANT-RESPONDENT.

---

NORMAN J. CHIRCO, AUBURN, FOR PLAINTIFF-APPELLANT.

NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE, NEW YORK CITY (JENNY R. A. PELAEZ OF COUNSEL), FOR DEFENDANT-RESPONDENT.

---

Appeal from an order of the Supreme Court, Cayuga County (Thomas G. Leone, A.J.), entered March 22, 2012. The order reversed and vacated a decision and order of the Town of Throop Town Court, dated August 16, 2011.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for the reasons stated in the decision at Supreme Court.

Entered:  September 27, 2013                     Frances E. Cafarell
                                                 Clerk of the Court